PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. William J. Sheffield                              Docket No.   0315 2:05CR00356-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant William J. Sheffield, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 1st day of December, 2005, under the following conditions:

1. The defendant shall report to Pretrial Services.
2. The defendant shall avoid all contact with witnesses or victims in the case.
3. The defendant shall not possess a firearm, destructive device, or other dangerous weapons.
4. The defendant shall submit to drug testing and treatment.
5. As a standard condition of release the defendant shall not commit criminal offense will on bond.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 26, 2006, the defendant was arrested for five counts of Robbery and one count of Conspiracy to Commit Robbery. He is in custody at the Allegheny County Jail in lieu of posting a $50,000 straight bond. The alleged offenses occurred on or about August 24, 2006.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST TO BE LODGED AS A DETAINER AT THE ALLEGHENY COUNTY JAIL.

ORDER OF COURT

Considered and ordered this 3rd day of Nov, 2006, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2006

Dennis P Martin
U.S. Pretrial Services/Probation Officer

Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place   Pittsburgh, Pennsylvania