Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. William Sheffield

Docket No. 2:05CR00356

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William Sheffield, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh , on the 22nd day of December 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not possess a controlled substance and refrain from the use of alcohol.
- The defendant shall co-operate in the collection of DNA, as directed by the Probation Office.
- The defendant shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary.

12/22/2006:   Possession a Firearm by a Convicted Felon; 42 months' imprisonment, followed by three- year term of supervised release.
08/10/2009:   Released to supervision; currently supervised by USPO Marcus J. White.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall not commit another Federal, State, or local crime.**
**The defendant shall not possess a firearm or destructive device.**
**The defendant shall not possess a controlled substance and shall refrain from the use of alcohol .**
**The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

On or about April 20, 2010, the defendant was arrested by City of Pittsburgh, Pennsylvania, Police and was charged with the following offenses: Carrying a Firearm without a License, Possession of a Firearm by a Convicted Felon, Possession with Intent to Deliver Narcotics, and two Counts of Possession of a Controlled substance. These charges are pending in the Pittsburgh Municipal Court docket as OTN:G495657-1.  Mr. Sheffield also associated with a known felon, Harry Simpson, who is currently being supervised by the Ohio State Parole Office and was present at the time of the aforementioned arrest.

U.S.A. vs. William Sheffield
Docket No. 2:05CR00356
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, Third Floor, U. S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on Wednesday, May 5, 2010, at 1:00 PM, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 28th day of April, 2010 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2010

_____
Marcus J. White
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA

cc: All Counsel
    US Marshal
    US Probation