Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. William Sheffield                                    Docket No. 2:05CR00356

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William Sheffield, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 22nd day of December 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not possess a controlled substance and refrain from the use of alcohol.
- The defendant shall co-operate in the collection of DNA, as directed by the Probation Office.
- The defendant shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary.

| | |
|---|---|
| 12/22/2006: | Possession a Firearm by a Convicted Felon; 42 months' imprisonment, followed by three-year term of supervised release. |
| 08/10/2009: | Released to supervision; currently supervised by USPO Marcus J. White. |
| 04/22/2010: | Petition filed following new arrest and technical violations. |
| 04/28/2010: | Order, Judge Lancaster; Show Cause Hearing scheduled for May 5, 2010. |
| 05/03/2010: | Order, Judge Lancaster; Show Cause Hearing scheduled postponed until July 9, 2010. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

The defendant shall not commit another Federal, State, or local crime.
The defendant shall not possess a firearm or destructive device.

On May 5, 2010, William Sheffield was arrested Allegheny County Police Department and was charged with Receiving Stolen Property and Persons Not to Possess, Use, Manufacture, Control, Sell or Transfer Firearms. This arrest took place following the search of Mr. Sheffield's residence during which time a Ruger .380 semi-automatic handgun was found. This charge is docketed at OTN:G495997-4 and is scheduled for a preliminary hearing in Pittsburgh Municipal Court on May 11, 2010.

FILED
2010 MAY -6 PH 3:04
CLERK
DISTRICT COURT

U.S.A. vs. William Sheffield
Docket No. 2:05CR00356
Page 2

PRAYING THAT THE COURT WILL ORDER that the afore-cited alleged violation of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on April 28, 2010, and that a warrant be issued and lodged as a detainer at the Allegheny County Jail, Pittsburgh, Pennsylvania.

ORDER OF COURT

Considered and ordered 7 day of May, 10 and ordered filed and a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 6, 2010

_____
Marcus J. White
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA